JS - 6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| LANCE WILLIAM GREEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R.H. TRIMBLE, WARDEN,<br><br>　　　　Respondent. | Case No. EDCV 11-1554-JSL (MLG)<br><br>JUDGMENT |

　　IT IS ADJUDGED that the petition is denied with prejudice.

Dated:　July 18, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　J. Spencer Letts
　　　　　　　　　　　　　　　　United States District Judge

1